| | |
|---|---|
| 1 | VORYS, SATER, SEYMOUR AND PEASE LLP |
| 2 | Shane T. Micheil (SBN 312460)<br>stmicheil@vorys.com |
| 3 | 4675 MacArthur Court, Suite 700<br>Newport Beach, CA 92660 |
| 4 | Telephone: (949) 531-4493<br>Facsimile: (949) 531-4493 |
| 5 | Attorney for Defendant |
| 6 | RUGSUSA LLC |

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| SONYA VALENZUELA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUGSUSA LLC, a Delaware limited liability company, dba RUGSUSA.COM, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 8:23-cv-00024 JWH (ADSx)<br><br>Judge John W. Holcomb<br><br>**DEFENDANT RUGSUSA LLC'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT UNDER FED. R. CIV. P. 12(b)(6)**<br><br>Action Filed: December 1, 2022<br>Hearing Date: May 12, 2023<br>Time: 9:00 a.m.<br>Location: Courtroom 9D |

　　　　PLEASE TAKE NOTICE that on May 12, 2023 at 9:00 a.m., in Courtroom 9D of the above-referenced Court, located at 411 W. 4th Street, Santa Ana, California 92701, Defendant RugsUSA LLC ("RugsUSA") will move the Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the First Amended Class Action Complaint (the "FAC") filed by Plaintiff Sonya Valenzuela ("Plaintiff").

　　　　Defendant RugsUSA LLC ("RugsUSA") hereby moves this Court under Federal Rule of Civil Procedure 12(b)(6) for an order dismissing with prejudice Plaintiff's FAC for failure to state a claim upon which relief can be granted.

This motion is made following the conference of counsel consistent with Central District of California Local Civil Rule 7-3 which took place on March 16, 2023.

This Motion is based on this Amended Notice of Motion, the Memorandum of Points and Authorities filed concurrently, the pleadings and documents on file herein, and upon such oral and documentary evidence and matters that the Court may properly consider.

Dated: March 20, 2023  VORYS, SATER, SEYMOUR AND PEASE LLP

By: */s/ Shane T. Micheil*
  Shane T. Micheil
  Attorney for Defendant
  RUGSUSA LLC